1  DAVID W. DRATMAN
   Attorney at Law
2  State Bar No. 78764
   1007 7th Street, Suite 305
3  Sacramento, California 95814
   Telephone: (916) 443-2000
4  Facsimile: (916) 443-0989
   Email: dwdratman@aol.com
5
   Attorney for Defendant
6  SAMUEL NUNGARAY

7

**FILED**
MAR 20 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

8           IN THE UNITED STATES DISTRICT COURT

9           FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | MAG No. 08-0085 EFB
12 |          Plaintiff,              | SUBSTITUTION OF
13 |    vs.                           | ATTORNEYS AND ORDER
14 | SAMUEL NUNGARAY, et al.,         |
15 |          Defendants.             |

16      Defendant, Samuel Nungaray, hereby substitutes as his attorney of record, David W.

17 Dratman, in place of Lindsay Weston.

18 Dated: March 18, 2008                    /s/ Samuel Nungaray
                                            SAMUEL NUNGARAY
19      I consent to the substitution.

20 Dated: March 2// 2008                    /s/ Lindsay Weston
                                            LINDSAY WESTON
21      I accept the substitution.

22 Dated: March 20, 2008                    /s/ David W. Dratman
                                            DAVID W. DRATMAN
23

24                          ORDER

25      IT IS SO ORDERED.

26 DATED: 3-20-08                           /s/
                                            UNITED STATES MAGISTRATE JUDGE
27

28

                 SUBSTITUTION OF ATTORNEYS AND ORDER