EJG

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

### MEMORANDUM

**FILED**

APR 1 2 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

RE:   **Samuel NUNGARAY**
      **Docket Number:  2:08CR00125-03**
      **CONTINUANCE OF JUDGMENT**
      **AND SENTENCING**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from April 23, 2010 at 10:00 AM to  June 4, 2010 at 10:00 AM.  (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Defense Counsel has requested additional time for informal objections to be discussed with the probation officer, who has been unavailable during the informal objection period due to a family emergency.

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG

RE:   **FRATICELLI, Matthew Michael**
      **Docket Number:   2:09CR00366-01**
      <u>**CONTINUANCE OF JUDGMENT AND SENTENCING**</u>


By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.


Respectfully submitted,

*Jeffrey C Oestreich for Lori V. Clanton*

**LORI V. CLANTON**
**Senior United States Probation Officer**


**REVIEWED BY:**   *Jeffrey C Oestreich*

**JEFFREY C. OESTREICHER**
**Supervising United States Probation Officer**

Dated:   April 8, 2010
       Sacramento, California
       JCO/mc

Attachment

cc:   Clerk, United States District Court
     Jason Hitt, Assistant United States Attorney
     United States Marshal's Office
     David Dratman, Defense Counsel
     Probation Office Calendar clerk


✓ **Approved**

                  **EDWARD J. GARCIA**          4/12/10
                  **Senior United States District Judge**    **Date**

____ **Disapproved**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

**UNITED STATES OF AMERICA**

           **Plaintiff,**

  **vs.**

**Samuel NUNGARAY**

           **Defendant.**

_____/

**Docket Number:   2:08CR00125-03**

**SCHEDULE FOR DISCLOSURE OF PRESENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRESENTENCE REPORT**

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | June 4, 2010 @ 10:00 AM |
| Reply, or Statement of Non-Opposition: | May 28, 2010 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 21, 2010 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 14, 2010 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 7, 2010 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | April 23, 2010 |

Rev. 10/2009
CONTINUANCE ~ TO JUDGE (EJG).MRG